UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MARK ACKLEY, | Civil No. 21-1806 (JRT/LIB) |
| Petitioner, | |
| v. | |
| B. BIRHOLTZ, WARDEN OF FEDERAL PRISON CAMP DULUTH, AND MICHAEL CARVAJAL, DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, IN THERE OFFICIAL CAPACITIES, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Defendants, | |

_____

MarK Ackley, **FPC DULUTH**, Reg No. 16755-029, FPC-Duluth, P.O. Box 1000, Duluth, MN 55814-1000, pro-se petitioner.

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE,** 300 S. 4th Street, Suite 600, Minneapolis, MN, 55415, for respondent.

Ann M. Bildtsen, **UNITED STATES ATTORNEY'S OFFICE,** 300 S. 4th Street, Suite 600, Minneapolis, MN, 55415, for respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 6, 2021             ___s/John R. Tunheim____
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                                                  Chief Judge
                                     United States District Court